IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CV-210-FL

| RAGHU SHASHANK ARRAMREDDY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BB&T CORPORATION, | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's motion to compel discovery (DE 23). Plaintiff, proceeding pro se, did not file a response in opposition to the motion, and the time to do so has expired. For good cause shown, defendant's motion is GRANTED IN PART and DENIED IN PART as set forth below:

Plaintiff is ORDERED to serve initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before **February 5, 2019**;

Plaintiff is FURTHER ORDERED to serve responses to defendant's First Request for Production of Documents and First Set of Interrogatories on or before **February 5, 2019**; and.

Defendant's motion for attorney's fees is DENIED.

**Plaintiff is hereby WARNED that failure to comply with this order may result in dismissal of the action in its entirety**;

SO ORDERED, this the 17th day of January, 2019.

LOUISE W. FLANAGAN
United States District Judge